UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEWEL E. BARROW,

    Plaintiff,

v.                                             CASE NO: 8:08-cv-2473-T-26TGW

AIG UNITED GUARANTY,

    Defendant.
                                          /

## O R D E R

Upon due consideration of Defendant's submissions, it is clear to the Court that Plaintiff has failed to respond timely to Defendant's First Set of Interrogatories despite Defendant's repeated efforts to obtain timely responses. Accordingly, it is ordered and adjudged that Defendant's Motion to Compel Interrogatory Responses (Dkt. 17) is granted. Plaintiff shall provide Defendant with her responses to Defendant's First Set of Interrogatories on or before August 17, 2009. Plaintiff shall cooperate with Defendant in scheduling her deposition to occur no later than September 11, 2009. The Court withholds the imposition of sanctions. The Court will, however, reconsider the imposition of sanctions in the event Plaintiff fails to comply with the directives of this order.

**DONE AND ORDERED** at Tampa, Florida, on August 5, 2009.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record